FORM 8. Entry of Appearance

Form 8

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Digital Ally, Inc.   v.   Utility Associates, Inc.

No. 16-1625

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☒ As counsel for: Digital Ally, Inc.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☒ Appellant   ☐ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

Name: Jennifer C. Bailey
Law Firm: Erise IP, P.A.
Address: 6201 College Blvd, Suite 300
City, State and Zip: Overland Park, KS 66211
Telephone: 913-777-5600
Fax #: 913-777-5601
E-mail address: jennifer.bailey@eriseip.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 04/11/2007

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☒ Yes   ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 7 March 2016   Signature of pro se or counsel *Jennifer C. Bailey*

cc: _____

Reset Fields

FORM 30. Certificate of Service

Form 30

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  03/08/2016
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Jennifer C. Bailey | /s/Jennifer C. Bailey |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Erise IP, P.A. |
| Address | 6201 College Blvd, Suite 300 |
| City, State, Zip | Overland Park, KS 66211 |
| Telephone Number | 913-777-5600 |
| Fax Number | 913-777-5601 |
| E-Mail Address | jennifer.bailey@eriseip.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields