Case No. 2016-1625

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

DIGITAL ALLY, INC.

*Appellant,*

v.

UTILITY ASSOCIATES, INC.

*Appellee.*

### APPELLANT'S UNOPPOSED REQUEST TO WITHDRAW AND VOLUNTARILY DISMISS PURSUANT TO FED. R. APP. P. 42(b)

Pursuant to Fed. R. App. P. 42(b), Appellant Digital Ally, Inc. hereby requests withdrawal and voluntarily dismissal of the above-captioned appeal such that the Patent Trial and Appeal Board's final written decision that the subject matter of Claim 11 of U.S. Patent No. 6,831,556 was not shown to be unpatentable is no longer an issue in the above referenced Case No. 2016-1625. The Parties specifically agree that this withdrawal and dismissal does not otherwise affect or apply to Utility Associates, Inc.'s cross-appeal docketed as Case No. 2016-1626, which shall remain pending, and in which both Parties will fully participate.

So long as the requested withdrawal and voluntary dismissal do not prejudice its cross appeal in Case No. 16-1626, Cross-Appellant Utility Associates,

Inc. does not oppose this request. All Parties agree to bear their own costs relating to Digital Ally's Notice of Appeal filed in the above-captioned case.

WHEREFORE, Appellant Digital Ally, Inc. requests withdrawal and voluntary dismissal of its appeal docketed as Case No. 16-1625.

Dated: April 25, 2016

Respectfully submitted,

/s/Adam P. Seitz
JENNIFER C. BAILEY
jennifer.bailey@eriseip.com
ADAM P. SEITZ
adam.seitz@eriseip.com
ERISE IP, P.A.
6201 College Boulevard
Suite 300
Overland Park, Kansas  66211
(913) 777-5600

*Counsel for Appellant Digital Ally, Inc.*


## CERTIFICATE OF FILING AND SERVICE

I hereby certify that I filed Appellant Digital Ally, Inc.'s Unopposed Request to Withdraw and Voluntary Dismiss with the Clerk of the Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including the following:

Stephen M. Schaetzel
sschaetzel@mcciplaw.com
David S. Moreland
dmoreland@mcciplaw.com
Meunier Carlin & Curfman LLC
999 Peachtree Street, NE, Suite 1300
Atlanta, GA 30309
Telephone: (404) 645-7700
Fax #: (404) 645-7707

*Counsel for Cross-Appellant Utility Associates, Inc.:*


Dated:  April25 2016             /s/Adam P. Seitz
                                 *Counsel for Appellant Digital Ally, Inc.*