NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIGITAL ALLY, INC.,**
*Appellant*

**v.**

**UTILITY ASSOCIATES, INC.,**
*Appellee*

---

2016-1625

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00725.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**UTILITY ASSOCIATES, INC.,**
*Appellant*

**v.**

**DIGITAL ALLY, INC.,**
*Appellee*

---

2016-1626

---

2   DIGITAL ALLY, INC. v. UTILITY ASSOCIATES, INC.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00725.

_____

**ON MOTION**
_____

**O R D E R**

Upon consideration of Digital Ally, Inc.'s unopposed motion to voluntarily withdraw Appeal No. 2016-1625,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal No. 2016-1625 is dismissed.

(2) Each side shall bear its own costs for Appeal No. 2016-1625.

(3) The revised caption for Appeal No. 2016-1626 is reflected above.

(4) Utility Associates, Inc.'s opening brief in 2016-1626 shall be due within 30 days of the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24


ISSUED AS A MANDATE (as to 2016-1625 only): May 4, 2016